THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SEYMOUR LEVINE, | Case No. 2:14-cv-1991-RSL |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| THE BOEING COMPANY, | |
| Defendant. | |

Upon due consideration of the parties' Stipulation of Dismissal with Prejudice, it is hereby ordered that this action be dismissed with prejudice.

Each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 18, 2017

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Adam R. Lawton
Ted Dane (admitted *pro hac vice*)
Peter E. Gratzinger (admitted *pro hac vice*)
Adam R. Lawton (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213.683.9100
ted.dane@mto.com
peter.gratzinger@mto.com
adam.lawton@mto.com

Rohit K. Singla (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Tel: 415.512.4000
rohit.singla@mto.com

Ryan J. McBrayer WSBA #28338
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.3073/Fax: 206.359.4073
RMcBrayer@perkinscoie.com

*Attorneys for Defendant The Boeing Company*